**HOME OWNERS' SERVICE CORPORATION,**
**Plaintiff-Appellant, v. HADLEY et, Defendants-Appellees.**

Ohio Appeals, Second District, Franklin County

No. 4485.   Decided August 10, 1950.

Marion A. Ross, Columbus, for plaintiff-appellant.
George H. Chamblin, Columbus, for defendants-appellees.

### OPINION

By THE COURT.

This is a motion to dismiss the appeal, which is on questions of law and fact, because of the failure to file an appeal bond in conformity with §12223-6 GC, and the time for such filing has expired. The motion will be sustained, but the cause will be retained for hearing on questions of law only.

See §11564 GC. The appellant will be granted leave to perfect said appeal in accordance with Supplement to Rule VII of this Court.

MILLER, PJ, HORNBECK and WISEMAN, JJ, concur.